**No. 61742.**—Kamkap, Inc. *v.* United States, protest 310474–K (New York).

Opinion by OLIVER, C. J.    The protest was dismissed for lack of prosecution.

**No. 61743.**—International Expediters, Inc., et al. *v.* United States, protests 307311–K, etc. (New York).

Opinion by MOLLISON, J.    The protests were dismissed for lack of prosecution.

**No. 61744.**—Distenfeld & Lokman et al. *v.* United States, protests 307315–K, etc. (New York).

Opinion by MOLLISON, J.    The protests were dismissed for lack of prosecution.

**No. 61745.**—Imperial International Corp. *v.* United States, protests 310069–K, 310223–K, and 310605–K (New York).

Opinion by MOLLISON, J.    The protests were dismissed for lack of prosecution.

BEFORE THE SECOND DIVISION, MARCH 27, 1958

**No. 61746.**—Guerlain, Inc. *v.* United States, protests 310127–K (New York).

Opinion by LAWRENCE, J.    The protest was dismissed for lack of prosecution.

**No. 61747.**—Lep Transport, Inc. *v.* United States, protest 310432–K (New York).

Opinion by LAWRENCE, J.    The protest was dismissed for lack of prosecution.

**No. 61748.**—Advance Shipping Company *v.* United States, protest 310450–K (New York).

Opinion by LAWRENCE, J.    The protest was dismissed for lack of prosecution.

**No. 61749.**—Dunnington & Arnold, Inc. *v.* United States, protest 310915–K (New York).

Opinion by LAWRENCE, J.    The protest was dismissed for lack of prosecution.

**No. 61750.**—John S. Connor *v.* United States, protest 321867–K (Baltimore).

Opinion by LAWRENCE, J.    The protest was dismissed for lack of prosecution.